UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

James R. Marchetti, et al.,

        Plaintiffs,

v.                                          ORDER

U.S. Bank N.A., et al.,

        Defendants.        Civ. No. 13-1978 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That, as to any claims against Defendant Netco, Inc., Plaintiff's Complaint, [Docket No. 1-1], is **DISMISSED without prejudice**, for failure to comply with the Court's Order of August 22, 2013, [Docket No. 6], and for lack of prosecution.

BY THE COURT:

s/Patrick J. Schiltz
Judge Patrick J. Schiltz
United States District Court

DATED: 10/15/13