UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

James R. Marchetti, et al.,

                Plaintiffs,

v.                                                       ORDER

U.S. Bank N.A., et al.,

                Defendants.                Civ. No. 13-1978 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That Plaintiffs' Motion to Remand to State Court, [Docket No. 16], is **DENIED**, as set forth above.

BY THE COURT:

s/Patrick J. Schiltz
Judge Patrick J. Schiltz
United States District Court

DATED: 12/16/13