UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

James R. Marchetti, et al.,

      Plaintiffs,

vs.

U.S. Bank, N.A., et al.,

      Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 13-1978 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That Defendant U.S. Bank, N.A.'s Motion for Summary Judgment, [Docket No. 50], is **GRANTED**.

2. That Defendant Klatt, Odekirk, Augustine, Sayer, Treinen & Rastede, P.C.'s Motion for Summary Judgment, [Docket No. 62], is **GRANTED**.

3. Judgment is entered accordingly.

DATED: 3/9/15  
At Minneapolis, Minnesota

s/Patrick J. Schiltz  
Patrick J. Schiltz, Judge  
United States District Court